Sposato v Village of Solvay (2025 NY Slip Op 07196)

Sposato v Village of Solvay

2025 NY Slip Op 07196

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, NOWAK, DELCONTE, AND HANNAH, JJ.

967 CA 25-00291

[*1]RICHARD-LOUIS SPOSATO, PLAINTIFF-APPELLANT,
v
VILLAGE OF SOLVAY, TOWN OF SALINA, MEGAN CAVALIERE AND PAUL G. CAREY, DEFENDANTS-RESPONDENTS. 

RICHARD-LOUIS SPOSATO, PLAINTIFF-APPELLANT PRO SE. 
COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (DONALD S. DIBENEDETTO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS VILLAGE OF SOLVAY AND MEGAN CAVALIERE.
FOTI HENRY, PLLC, BUFFALO (DANIEL K. CARTWRIGHT OF COUNSEL), FOR DEFENDANTS-RESPONDENTS TOWN OF SALINA AND PAUL G. CAREY. 

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered August 6, 2024. The order granted the motions of defendants to dismiss the amended complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court